IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| LEA 'TICE PHILLIPS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:15-CV-923-WKW |
| UNITED STATES OF AMERICA, | ) | [WO] |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On December 8, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) The 28 U.S.C. § 2255 motion is DENIED; and

(3) This action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 8th day of January, 2018.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE